UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Betty Leslie,<br><br>          Plaintiff,<br><br>vs.<br><br>Sanofi U.S. Services Inc.;<br>Sanofi-Aventis U.S. LLC,<br><br>          Defendants. | Case No. 3:23-cv-00335-TMR-PBS<br><br>Honorable Judge Thomas M. Rose |

**NOTICE OF PENDING SETTLEMENT AND REQUEST TO STAY PROCEEDINGS**

      Plaintiff Betty Leslie and Defendants Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC (collectively, "the Parties"), hereby give notice that the Parties have reached an agreement in principle for the complete resolution of this matter.

      The Parties are in the process of preparing and finalizing a Master Settlement Agreement, which will include the instant case, as well as other cases in multi-district litigation. Accordingly, the Parties in this matter respectfully request that this Court vacate all pending deadlines and stay this matter for six months, through and including May 24, 2024, at which time a status report informing this Court of the settlement status or a motion for appropriate relief shall be due.

Dated: November 29, 2023                            Respectfully submitted,

                                                            */s/ David J. Dirisamer*
                                                            David J. Dirisamer (00092125)
                                                            BARNES & THORNBURG LLP
                                                            41 South High Street, Suite 3300
                                                            Columbus, OH  43215
                                                            614-628-1451 (Telephone)
                                                            614-628-1433 (Facsimile)
                                                            David.Dirisamer@btlaw.com
                                                            *Attorney for Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 29, 2023, a copy of the foregoing was served on all parties of record via the Court's CM/ECF system.

*/s/ David J. Dirisamer*
David J. Dirisamer
